UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 22-20074-CIV-WILLIAMS

MITSUBISHI HC CAPITAL
AMERICA, INC.,

    Plaintiff,

v.

AEROSPACE ASSET
TRADING, LLC, *et al.*,

    Defendants.

_____/

## ORDER

**THIS MATTER** is before the Court on United States Magistrate Judge Chris M. McAliley's Report and Recommendation ("***the Report***") (DE 15) regarding the Motion to Set Aside Clerk's Default ("***the Motion***") filed by Defendants Aerospace Asset Trading, LLC and Steven M. Poledros ("***Defendants***"). (DE 12.) In the Report, Judge McAliley recommends that the Court grant the Motion and set aside the Clerk of Court's entry of default judgment. (DE 15 at 3–5.) Plaintiff has indicated that it does not oppose the Motion (*see* DE 12 at 4), and no objections have been filed to the Report.

Upon an independent review of the Report, the record, and applicable case law, it is **ORDERED AND ADJUDGED** as follows:

1. The conclusions in the Report (DE 15) are **AFFIRMED AND ADOPTED**.
2. Defendants' Motion to Set Aside Clerk's Default (DE 12) is **GRANTED**.
3. The Clerk of Court's Entry of Default (DE 11) is **VACATED**.
4. On or before **MAY 2, 2022**, Defendants shall file a response or answer to Plaintiff's Complaint. (DE 1.)

**DONE AND ORDERED** in Chambers in Miami, Florida on this 22nd day of April, 2022.

KATHLEEN M. WILLIAMS
UNITED STATES DISTRICT JUDGE